IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| BRUCE JONES, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|     v. | ) | 2:20cv994-MHT |
| | ) | (WO) |
| ALEKSEY SOKHONCHUK and | ) | |
| ROMARK TRANSPORTATION, | ) | |
| INC., | ) | |
| | ) | |
|     Defendants. | ) | |

ORDER

The plaintiff's "Stipulation of Dismissal" (Doc. 32) does not comply with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), which requires that a stipulation of dismissal be signed by all parties who have appeared. As a result, it is not sufficient to dismiss this case.

Accordingly, it is ORDERED that by December 3, 2021, the plaintiff shall, after reviewing Federal Rule of Civil Procedure 41, file a revised stipulation of dismissal that complies with the Rule or another

appropriate motion to dismiss this case under Rule 41.

DONE, this the 30th day of November, 2021.

                                      /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**