IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
BRUCE JONES,                      )
                                  )
     Plaintiff,                   )
                                  )    CIVIL ACTION NO.
     v.                           )       2:20cv994-MHT
                                  )          (WO)
ALEKSEY SOKHONCHUK and            )
ROMARK TRANSPORTATION,            )
INC.,                             )
                                  )
     Defendants.                  )
```

## JUDGMENT

Pursuant to the joint stipulation of dismissal (Doc. 34), it is the ORDER, JUDGMENT, and DECREE of the court that this cause is dismissed in its entirety with prejudice and with the parties each to bear their own costs.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 3rd day of December, 2021.

                                        /s/ Myron H. Thompson
                                UNITED STATES DISTRICT JUDGE